IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-62541 |
| | ) | |
| VITO S. DEBONA | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | <u>OBJECTION TO CONFIRMATION</u> |
| | ) | <u>OF DEBTOR'S AMENDED PLAN</u> |
| | ) | <u>DATED JUNE 25, 2019</u> |
| | ) | |

Now comes creditor Rosemary Naumoff by and through counsel and hereby objects to Confirmation of the Debtor's proposed Amended Plan on the grounds that said Amended Plan in violation of 11 U.S.C. section 1302(d) in that said proposed Amended Plan fails to provide for the payment and/or treatment of debtor's domestic support obligation (QDRO in Summit County Domestic Relations Court Case No. DR 95-09-2070) to creditor Rosemary Naumoff.

Wherefore, creditor Rosemary Naumoff prays that the confirmation of debtor's proposed amended plan be denied.

Respectfully submitted,

/s/ James K. Reed
JAMES K. REED (0040214)
Attorney for Rosemary Naumoff
209 South Main Street, #801
Akron, Ohio 44308
Phone: (330) 762-9445
Fax: (330) 762-9446
E-mail: reed108@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, a true and correct copy of this Notice of Appearance was served by ECF electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the e-mail addresses registered with the court, to wit:

DYNELE L. SCHINKER-KUHARICH – Chapter 13 Trustee at
DLSK@Chapter13Canton.com

JAMES M. DORAN, on behalf of Vito Debona at bk-department@amourgis

ROBERT YOUNG, on behalf of Vito Debona at bk-department@amourgis.com and at
robert@amougis.com

And by ordinary U.S. Mail on the following: **Vito S. Debona**, 13348 Sebe Drive, Marshallville, Ohio 44645 and **Michael R. Demarco**, 877 Crosstree Lane, Sandusky, Ohio 44870.

/s/ James K. Reed
JAMES K. REED (0040214)
Attorney for Rosemary Naumoff
209 South Main Street, #801
Akron, Ohio 44308
Phone: (330) 762-9445
Fax:   (330) 762-9446
E-mail: reed108@hotmail.com